RECEIVED

MAR 1 8 2026

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

Francewae Calmeter

4305 15th Ave S

Minneapolis, MN 55407

Plaintiff,

v.

OTG Management Midwest LLC

352 Park Ave S, 10th Floor

New York, NY 10010

Defendant.

Case No.: ___26-cv-1952-ECT/DLM___

# COMPLAINT AND JURY DEMAND

Plaintiff Francewae Calmeter ("Plaintiff"), for his Complaint against Defendant OTG Management Midwest LLC ("Defendant" or "OTG"), states as follows:

---

## I. JURISDICTION AND VENUE

1. This action arises under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000e et seq.

2. This Court has jurisdiction under 28 U.S.C. §1331 (federal question).

3. Venue is proper in the District of Minnesota under 28 U.S.C. §1391, because the events giving rise to this lawsuit occurred at Minneapolis–St. Paul International Airport (MSP), located in this District.

4. Plaintiff received a Right-to-Sue Notice from the EEOC dated December 16, 2025, and files this action within the required 90-day period. A copy is attached as Exhibit A.

---

## II. PARTIES

1. Plaintiff is a resident of Minneapolis, Minnesota.

SCANNED

MAR 1 8 2026

U.S. DISTRICT COURT MPLS

2. Defendant OTG Management Midwest LLC is a hospitality and concessions company operating restaurants and food service locations inside MSP Airport and employs more than 15 employees.

---

## III. FACTUAL ALLEGATIONS

1. Plaintiff began working for OTG on or about February 9, 2025 as a Chef–Operations at MSP Airport.

2. Plaintiff performed his job duties competently and received no discipline prior to the events described below.

3. Plaintiff's direct manager was Hector Carillo.

### Sexual Harassment

1. During Plaintiff's employment, Mr. Carillo made inappropriate and unprofessional comments of a sexual nature, including telling Plaintiff, while alone in an office, "I'm bisexual."

2. Plaintiff experienced this as unwelcome, inappropriate, and sexually charged.

3. Plaintiff reasonably believed this conduct violated OTG policy and federal law.

4. Plaintiff attempted to raise concerns about Mr. Carillo's behavior and treatment, including issues of hostility, unfair treatment, and inappropriate conduct.

### Race-Related Conduct

1. Plaintiff is biracial (Black/White).

2. Plaintiff experienced race-related comments and differential treatment by management.

3. Plaintiff reasonably believed this conduct violated Title VII.

### Retaliation and Termination

1. On May 8, 2025, Plaintiff was confronted by management regarding an alleged attendance issue.

2. During this meeting, Plaintiff attempted to explain his concerns about unfair treatment and harassment.

3. Management became hostile, escalated the situation, and accused Plaintiff of being "combative."

4. Plaintiff did not threaten anyone and did not engage in violent behavior.

5. OTG later claimed Plaintiff was "aggressive" and "threatening," which Plaintiff denies.

6. OTG used these accusations as a pretext to terminate Plaintiff's employment.

7. Plaintiff was terminated on or about May 8, 2025, shortly after raising concerns about harassment and discrimination.

8. Plaintiff's termination was retaliatory and unlawful.

---

## IV. CLAIMS FOR RELIEF

### COUNT I – SEX DISCRIMINATION / SEXUAL HARASSMENT (Title VII)

1. Plaintiff incorporates all prior paragraphs.
2. Plaintiff was subjected to unwelcome sexual comments by his manager.
3. Defendant failed to prevent or correct the harassment.
4. Defendant terminated Plaintiff shortly after he raised concerns.
5. Defendant's conduct violated Title VII.

---

### COUNT II – RACE DISCRIMINATION (Title VII)

1. Plaintiff incorporates all prior paragraphs.
2. Plaintiff was subjected to race-related comments and disparate treatment.
3. Defendant's conduct violated Title VII.

---

### COUNT III – RETALIATION (Title VII)

1. Plaintiff incorporates all prior paragraphs.
2. Plaintiff engaged in protected activity by reporting harassment and discrimination.
3. Defendant retaliated by escalating discipline and terminating Plaintiff.
4. Defendant's conduct violated Title VII.

---

## V. DAMAGES

Plaintiff seeks:

- Back pay
- Front pay
- Compensatory damages (emotional distress)
- Punitive damages
- Attorney's fees and costs (if represented later)

- Any other relief the Court deems just

---

# VI. JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

---

# VII. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests judgment against Defendant as follows:

A. Compensatory damages;

B. Punitive damages;

C. Back pay and front pay;

D. Reinstatement or front pay in lieu of reinstatement;

E. Costs and fees;

F. Any other relief the Court deems just and proper.

---

Respectfully submitted,

*Francewae Calmeter*

Francewae Calmeter

Plaintiff, Pro Se

4305 15th Ave S

Minneapolis, MN 55407

Phone: __763-339-6902

Email: _Francewaecalmeter@gmail.com_____

Date: March 16, 2026